**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF WEST VIRGINIA
POST OFFICE BOX 2808
CLARKSBURG, WEST VIRGINIA 26302-2808

CHAMBERS OF
IRENE M. KEELEY
CHIEF JUDGE

June 19, 2007

VIA FACSIMILE

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

RECEIVED
2007 JUN 25 A 11: 14
FINANCIAL
DISCLOSURE OFFICE

        Re:  Financial Disclosure Report, 2006
              Irene M. Keeley
              United States District Judge
              <u>Northern District of West Virginia</u>

Dear Mr. Reynolds:

After I submitted my 2006 Financial Disclosure Report on June 12, 2007, I realized that I had inadvertently excluded a reimbursement from Part IV of my report.

Enclosed please find a corrected Part IV for my 2006 Financial Disclosure Report. I apologize for any inconvenience that this correction may cause the committee.



UNITED STATES DISTRICT JUDGE

IMK/esj
Enclosure

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | GROUND BREAKERS INC - PRESIDENT |
| 2. | 2006 | CLARKSBURG WATER BOARD - MEMBER |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | 3/3-3/3/06 PROFESSIONAL ASS'N MEETING, WASHINGTON, D.C. (TRANSPORTATION,MEALS & LODGING) |
| 2. | FEDERAL JUDGES ASSOCIATION | 5/8-5/10/06 PROFESSIONAL ASS'N MEETING, PENTAGON CITY,VA. (TRANSPORTATION, MEALS & LODGING) |
| 3. | FEDERAL CIRCUIT JUDICIAL CONFERENCE | 5/18-5/19/06 FJC EDUCATIONAL SEMINAR OR PROGRAM,WASHINGTON, D.C. (TRANSPORTATION,MEALS & LODGING) |
| 4. | TAMPA BAY FEDERAL BAR ASSOCIATION | 5/31-6/3/06 MEETING/SEMINAR WITH ANOTHER GOV'T ENTITY,MIAMI,FL. (TRANSPORTATION, MEALS & LODGING) |

RECEIVED 2007 JUN 25 A 11: 15 FINANCIAL DISCLOSURE OFFICE

| 5. | FEDERAL JUDGES ASSOCIATION | 6/26-6/26/06 PROFESSIONAL ASS'N MEETING, PHILADELPHIA,PA. (TRANSPORTATION,MEALS & LODGING) |
|---|---|---|
| 6. | FEDERAL MAGISTRATE JUDGES ASSOCIATION | 7/27-7/27/06 PROFESSIONAL ASS'N MEETING, NEW YORK, N.Y.(TRANSPORTATION,MEALS & LODGING) |
| 7. | FEDERAL JUDGES ASSOCIATION | 8/30-9/1/06 PROFESSIONAL ASS'N MEETING, WASHINGTON, D.C (TRANSPORTATION,MEALS & LODGING) |
| 8. | WEST VIRGINIA BAR ASSOCIATION | 9/21-9/22/06 PROFESSIONAL ASS'N MEETING, HOT SPRINGS, VA. (TRANSPORTATION,MEALS & LODGING) |
| 9. | FEDERAL JUDGES ASSOCIATION | 12/6-12/7/06 PROFESSIONAL ASS'N MEETING, WASHINGTON, D.C. (TRANSPORTATION,MEALS & LODGING) |
| 10. | | |

# FINANCIAL DISCLOSURE REPORT

## Page 3 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/11/2007 |

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)  KEELEY, IRENE M | 2. Court or Organization  USDC NORTHERN DISTRICT OF WV | 3. Date of Report  06/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT COURT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF WV PO BOX 2808, CLARKSBURG, WV | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PRESIDENT | FEDERAL JUDGES ASSOCIATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 JUN 18 A 10: 14 FINANCIAL DISCLOSURE OFFICE

COPY

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | GROUND BREAKERS INC - PRESIDENT |
| 2. | 2006 | CLARKSBURG WATER BOARD - MEMBER |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERAL JUDGES ASSOCIATION | 3/3-3/3/06 PROFESSIONAL ASS'N MEETING, WASHINGTON, D.C. (TRANSPORTATION,MEALS & LODGING) |
| 2. | FEDERAL JUDGES ASSOCIATION | 5/8-5/10/06 PROFESSIONAL ASS'N MEETING, PENTAGON CITY,VA. (TRANSPORTATION, MEALS & LODGING) |
| 3. | FEDERAL CIRCUIT JUDICIAL CONFERENCE | 5/18-5/19/06 FJC EDUCATIONAL SEMINAR OR PROGRAM,WASHINGTON, D.C. (TRANSPORTATION,MEALS & LODGING) |
| 4. | FEDERAL JUDGES ASSOCIATION | 6/26-6/26/06 PROFESSIONAL ASS'N MEETING, PHILADELPHIA,PA. (TRANSPORTATION,MEALS & LODGING) |

| Name of Person Reporting | Date of Report |
|---|---|
| **KEELEY, IRENE M** | 06/11/2007 |

| | | |
|---|---|---|
| 5. | FEDERAL MAGISTRATE JUDGES ASSOCIATION | 7/27-7/27/06 PROFESSIONAL ASS'N MEETING, NEW YORK, N.Y.(TRANSPORTATION,MEALS & LODGING) |
| 6. | FEDERAL JUDGES ASSOCIATION | 8/30-9/1/06 PROFESSIONAL ASS'N MEETING, WASHINGTON, D.C (TRANSPORTATION,MEALS & LODGING) |
| 7. | WEST VIRGINIA BAR ASSOCIATION | 9/21-9/22/06 PROFESSIONAL ASS'N MEETING, HOT SPRINGS, VA. (TRANSPORTATION,MEALS & LODGING) |
| 8. | FEDERAL JUDGES ASSOCIATION | 12/6-12/7/06 PROFESSIONAL ASS'N MEETING, WASHINGTON, D.C. (TRANSPORTATION,MEALS & LODGING) |
| 9. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. THE HUNTINGTON NATIONAL BANK | PERSONAL GUARANTOR CORPORATE LINE OF CREDIT | P1 |
| 2. ST PAUL COMPANIES | PERSONAL GUARANTOR CONSTRUCTION PERFORMANCE AND PAYMENT BONDS | P4 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK ACCTS (FORMERLY BANK ONE CHASE) | A | Interest | N | T | | | | | SEE PART VIII ADD'L INFO |
| 2. HUNTINGTON NATL BANK ACCOUNTS | C | Interest | L | T | | | | | |
| 3. NOTE RECEIVABLE GROUND BREAKERS INC | D | Interest | | | PAID OFF | 12/31 | M | | SEE PART VIII ADD'L INFO |
| 4. GROUND BREAKERS INC COMMON STOCK | | None | P2 | U | | | | | |
| 5. HUNTINGTON BANCSHARES COMMON STOCK | A | Dividend | K | T | | | | | |
| 6. PROGRESS ENERGY INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. CHEVRON CORP COMMON STOCK | C | Dividend | M | T | | | | | SEE PART VIII ADD'L INFO |
| 8. DUQUESNE LIGHT COMMON STOCK | B | Dividend | K | T | | | | | |
| 9. EXXON MOBIL CORP COMMON STOCK | A | Dividend | L | T | | | | | |
| 10. DYNEGY INC NEW ILL CL A COMMON STOCK | | None | J | T | | | | | |
| 11. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | C | Interest | L | T | | | | | |
| 12. NORTHWESTERN MUTUAL VARIABLE ANNUITY IRA | E | Interest | O | T | | | | | |
| 13. EARTH MOVING RENTAL EQUIPMENT | G | Rent | M | W | | | | | |
| 14. IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 15. US SAVINGS BONDS | A | Interest | J | T | | | | | |
| 16. BELLSOUTH CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. FRIEDMAN, BILLINGS AND RAMSEY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =As | | |
| | U =Book Value | W =Estimated | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| COMMON STOCK | | | | | | | | | |
| 18. CITIGROUP INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. SBC COMMUNICATIONS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. WORKING INTEREST-D86 TRAVIS,DODDRIDGE CTY,WV | B | Royalty | J | U | | | | | |
| 21. WORKING INT D88 LOWTHER & D92 MCQUAID HARRISON CTY,WV | B | Royalty | K | U | | | | | |
| 22. WESBANCO INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 23. APPLIED MICRO CIRCUITS COMMON STOCK | | None | J | T | | | | | |
| 24. APPLIED MATERIAL INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. BANK OF AMERICA CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. CIENA CORP COMMON STOCK | | None | J | T | | | | | |
| 27. EDISON INTL CALIF COMMON STOCK | A | Dividend | K | T | | | | | |
| 28. HALLIBURTON COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 29. OCCIDENTAL PETE CORP CAL COMMON STOCK | A | Dividend | J | T | | | | | |
| 30. CSX CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. NOTE RECEIVABLE THE OFFICE PROPERTIES LLC | | None | L | T | | | | | |
| 32. TRAVELERS PROPERTY CASUALTY CORP | A | Dividend | J | T | | | | | |
| 33. WORKING INTEREST D103 WINDON | A | Royalty | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HARRISON CTY WV | | | | | | | | | |
| 34. WORKING INTEREST D105 SWEENEY HARR.CTY WV | B | Royalty | J | U | | | | | |
| 35. WORKING INTEREST D106 DOYLE HARR. CTY WV | A | Royalty | J | U | | | | | |
| 36. WORKING INTEREST HARDMAN D-107 HARR. CTY WV | A | Royalty | J | U | | | | | |
| 37. WORKING INTEREST SHAFFER D-108 HARR. CTY WV | A | Royalty | J | U | | | | | |
| 38. ESTATE # 1 (appraisal date 11/19/03) | | None | M | Q | | | | | |
| 39. --COMM. REAL ESTATE HARRISON COUNTY WV | | | | | | | | | |
| 40. NORTHWESTERN MUTUAL EXTRA ORD. LIFE POLICY | C | Interest | L | T | | | | | |
| 41. NORTHWESTERN MUTUAL ADJ COMPLIFE POLICY | E | Interest | N | T | | | | | |
| 42. SAND HILL FARMS LLC | A | Distribution | J | U | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KEELEY, IRENE M | 06/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII-LINE 1 - NAME CHANGE AS RESULT OF ACQUISITION OF BANK ONE CHASE BY CHASE BANK.

PART VII-LINE 3 - NOTE RECEIVABLE; FULL PAYMENT RECEIVED 12/31/06.

PART VII-LINE 7 - CHANGE IN NAME FROM CHEVRONTEXACO TO CHEVRON AS THE RESULT OF ACQUISITION/MERGER.

LINES 24 AND 33 OF 2005 REPORT ARE NO LONGER REPORTABLE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _June 12, 2007_

NOTE: ANY INDIVIDUAL WHO KNOW____LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544